UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WATER WORKS REALTY CORP. and
GARY MELIUS,

        Plaintiffs,

        -against-

HARRISON J. EDWARDS, WILLIAM
GLACKEN, RENAIRE DAVIS-FRIERSON,
WILLIAM WHITE, DONALD MILLER,
JORGE MARTINEZ, and VILMA
LANCASTER,

        Defendants.
----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 08-0449
08-4754

(Wexler, J.)

APPEARANCES:

Rosenberg Calica & Birney LLP
By: Ronald J. Rosenberg, Esq.
100 Garden City Plaza
Garden City, NY 11530
Attorneys for Plaintiffs

Harrison J. Edwards, Esq.
Defendant Pro Se
c/o Edwards & Edwards
336 South Ocean Avenue
Freeport, NY 11520

William F. Glacken
Defendant Pro Se
152 N. Long Beach Avenue
Freeport, NY 11530

Renaire Davis-Frierson
Defendant Pro Se
164 Moore Avenue
Freeport, NY 11520

Vilma Lancaster
Defendant Pro Se

94 Brookside Avenue
Freeport, NY 11520

Jorge Martinez
Defendant Pro Se
80 Van Buren Avenue
Freeport, NY 11520

Donald D. Miller
Defendant Pro Se
160 West End Avenue
Freeport, NY 11520

William H. White
Defendant Pro Se
141 Garfield Street
Freeport, NY 11520

WEXLER, District Judge

Defendants pro se in the above-captioned action have moved to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. The court has reviewed the submissions of the parties and finds that numerous questions of fact preclude the entry of judgment at this time. The court reminds the parties that the Magistrate Judge has vacated any stay of discovery and ordered that all discovery be completed on or before March 15, 2011. Each party is thereafter, pursuant to the Magistrate Judge's ruling, required to file their witness and exhibit lists no later than March 31, 2011. Trial in this matter shall commence with jury selection to take place at 8:30 A.M. on April 4, 2011. There shall be no adjournments.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
January 10, 2011